O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 11-061M |
| Plaintiff, | **ORDER OF DETENTION** |
| vs. | |
| SALVADOR NAJERA ARTEAGA, | |
| Defendant. | |

I

A.  ( )  On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.

2. ( ) an offense with maximum sentence of life imprisonment or death.

3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

1    device or any other dangerous weapon, or a failure to register under 18
2    U.S.C. § 2250.
3    B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a
4    case allegedly involving:
5        1.   (x)   a serious risk that the defendant will flee.
6        2.   ( )   a serious risk that the defendant will:
7            a.   ( )   obstruct or attempt to obstruct justice.
8            b.   ( )   threaten, injure or intimidate a prospective witness or
9            juror, or attempt to do so.
10   C.   The Government ( ) is/ (x) is not entitled to a rebuttable presumption that
11   no condition or combination of conditions will reasonably assure the
12   defendant's appearance as required and the safety or any person or the
13   community.

## II

16   A.   ( )   The Court finds that no condition or combination of conditions
17   will reasonably assure:
18       1.   (X)   the appearance of the defendant as required.
19       ( ) and/or
20       2.   ( )   the safety of any person or the community.
21   B.   ( )   The Court finds that the defendant has not rebutted by sufficient
22   evidence to the contrary the presumption provided by statute.

## III

25   The Court has considered:
26   A.   the nature and circumstances of the offense(s) charged, including
27   whether the offense is a crime of violence, a Federal crime of terrorism, or
28   involves a minor victim or a controlled substance, firearm, explosive, or

1  destructive device;
2  B. the weight of evidence against the defendant;
3  C. the history and characteristics of the defendant; and
4  D. the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:
A. (X) As to flight risk:
**Defendant is undocumented.  He has no ties to the community and no bail resources.**
B. ( ) As to danger:

VI

A. ( ) The Court finds that a serious risk exists the defendant will:
   1. ( ) obstruct or attempt to obstruct justice.
   2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B. The Court bases the foregoing finding(s) on the following:

VI

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B. IT IS FURTHER ORDERED that the defendant be committed to the

1 custody of the Attorney General for confinement in a corrections facility
2 separate, to the extent practicable, from persons awaiting or serving sentences
3 or being held in custody pending appeal.

4     C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 opportunity for private consultation with counsel.

6     D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7 States or on request of any attorney for the Government, the person in charge
8 of the corrections facility in which defendant is confined deliver the defendant
9 to a United States marshal for the purpose of an appearance in connection with
10 a court proceeding.

12 DATED: February 1, 2011

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE